Form 13-1

**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York  10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by STEPHEN C. TOSINI
(Name of attorney of record)
on behalf of EPSILON ELECTRONICS, INC. in the matter of EPSILON ELECTRONICS, INC. v. UNITED STATES OF AMERICA, et al., Court No. 25-00456.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
N/A

2. Indicate whether the party on whose behalf this Form is being filed is [✓] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A

/S/ STEPHEN C. TOSINI, Esq.                    December 9, 2025
Signature of Attorney                                  Date
Law Office of Stephen C. Tosini
Firm
1717 K St. N.W. Rm. 900
Street Address
Washington, DC 20006
City, State and Zip Code
(202)893-0496
Telephone Number
stephen.tosini@importdefense.com
E-mail Address

**SEE REVERSE SIDE**

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)